UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIETTA CELLARS, INCORPORATED,<br><br>Defendant. | Case No. 15-cv-03020-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled to appear on September 25, 2015, for the initial case management conference in this case. Defendants have filed a motion to dismiss, which is scheduled to be heard on October 9, 2015. Accordingly, the Court VACATES the case management conference, which will be rescheduled if necessary, when the Court resolves the motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 3, 2015

JEFFREY S. WHITE
United States District Judge