UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY,<br>       Plaintiff,<br>    v.<br>MARIETTA CELLARS, INCORPORATED,<br>       Defendant. | Case No. 15-cv-03020-JSW<br><br>**ORDER VACATING HEARING AND REQUIRING SUPPLEMENTAL BRIEFING**<br><br>Re: Docket No. 13 |

Now before the Court for consideration is the motion to dismiss or to stay filed by Defendant, Marietta Cellars, Incorporated ("Defendant"), which is scheduled for a hearing on October 9, 2015. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds that the motion is suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). However, the Court also concludes that supplemental briefing is warranted.

Defendant has moved to dismiss on the basis that this action is not yet ripe. It is evident from the record that the parties dispute whether the insurance policy at issue (the "Policy") covers Defendant's claim (the "Claim"). It also appears that, at the time Plaintiff filed its Complaint, Plaintiff had not denied the Claim. Plaintiff bears the burden to show that an actual case or controversy exists, which includes the requirement that the case be ripe.

Accordingly, Plaintiff shall file a supplemental brief by no later than October 2, 2015, as to why the fact that it has not denied the Claim does not preclude the Court from finding that this case is ripe for adjudication. Plaintiff's supplemental brief shall not exceed five pages. Defendant may file a response, which shall not exceed five pages, by no later than October 9, 2015. Plaintiff may file a reply, which shall not exceed five pages, by no later than October 16, 2015. Once

1  Plaintiff has filed its reply, the motion shall be deemed submitted, and the Court shall issue a
2  written ruling in due course.
3  **IT IS SO ORDERED.**
4  Dated: September 24, 2015

JEFFREY S. WHITE
United States District Judge