UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIETTA CELLARS, INCORPORATED, a California corporation,<br><br>Defendants. | Case No. 4:15-cv-03020-JSW<br><br>[Assigned to Hon. Jeffrey S. White]<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>Case Filing Date: June 29, 2015<br>Trial Date: None |

Based upon the stipulation of the parties for an order dismissing the entire captioned action without prejudice, with each party to bear his or its own legal fees and costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The above captioned action is dismissed without prejudice in its entirety.
2. Each party shall bear its own legal fees and costs.

**IT IS SO ORDERED.**

DATED: December 18, 2015

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

{00116379.DOCX 1}      1      Case No. 4:15-cv-03020-JSW
[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE